```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRICE AUSTIN                                               :
                                                            :    22-CV-1645 (RWL)
                        Plaintiff,                          :
                                                            :
        - against -                                         :    ORDER
                                                            :
METRO-NORTH COMMUTER RAILROAD                               :
                                                            :
                        Defendants.                         :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

By **February 9, 2023**, the parties shall jointly file a letter indicating any days they are not available for trial of this matter during the months of March, April, May, and June.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: February 2, 2023
       New York, New York

Copies transmitted this date to all counsel of record.