```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TYRICE AUSTIN                                               :
                                                            :    22-CV-1645 (RWL)
                          Plaintiff,                        :
                                                            :
        - against -                                         :    ORDER
                                                            :
METRO-NORTH COMMUTER RAILROAD                               :
                                                            :
                          Defendant.                        :
------------------------------------------------------------X
```

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This case currently is scheduled for trial beginning May 30, 2023, with a pre-trial conference scheduled for May 16, 2023. So the Court may properly plan, by May 2, 2023, the parties shall file a joint letter indicating whether they still expect the case to proceed to trial.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: April 25, 2023
        New York, New York

Copies transmitted this date to all counsel of record.

1